IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND TWINE,<br><br>Defendant.<br>_____/ | No. CR 03-00174 WHA<br><br>**NOTICE RE EXHIBITS** |

  The Court's notes show that the following exhibits were admitted:  2, 4, 5, 6 (with limitation), 7, 8, 10, 16, 17; that the following were excluded:  13; that admission of the following was reserved:  1, 3, 9; and that others were referenced but not offered.  Please advise with your filings on Friday and Tuesday as to the accuracy of the foregoing.

  **IT IS SO ORDERED.**

Dated:  April 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE